IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

[redacted] 05 115T

UNITED STATES OF AMERICA,
Plaintiff

vs.

ONE 2001 HYUNDAI ELANTRA
VIN: KMHDN45D01U093145 AND ONE LOT
OF TWENTY SEVEN THOUSAND EIGHT
HUNDRED DOLLARS ($27,800.00) IN
U.S. CURRENCY,
Defendants

C.A. NO.

COMPLAINT FOR FORFEITURE IN REM

Plaintiff, the United States of America, acting by and through the United States Attorney for the District of Rhode Island, in a civil cause for forfeiture, alleges upon information and belief:

1. That this Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355, 1356, and 1395, 21 U.S.C. § 881(a)(4) and (6), and 18 U.S.C. § 983.

2. That on or about October 19, 2004, the defendant vehicle, one 2001 Hyundai Elantra, VIN: KMHDN45D01U093145, was seized in Warwick, Rhode Island, by agents of the Drug Enforcement Administration pursuant to the detention of Merary D. Hertado-Rodriguez. (See affidavit of DEA Task Force Agent Robert Lafond attached hereto and made a part hereof.)

3. That on or about October 19, 2004, the defendant currency, one lot of twenty seven thousand eight hundred dollars ($27,800.00) in U.S. currency, was seized in Warwick, Rhode Island, by agents of the Drug Enforcement Administration, pursuant to a search of the vehicle described in paragraph 2. (See

affidavit of DEA Task Force Agent Robert Lafond attached hereto and made a part hereof.)

4. That on and before October 19, 2004, the defendant vehicle was used by Merary D. Hertado-Rodriguez to facilitate the possession, transportation, sale, receipt, and concealment of cocaine in violation of Title 21 U.S.C. § 841(a)(1), to wit: said vehicle was used to transport Hurtado-Rodriguez and the $27,800 in cocaine sales which was found in the vehicle inside a duffle bag. (See affidavit of DEA Task Force Agent Robert Lafond attached hereto and made a part hereof.)

5. That the defendant currency constitutes the proceeds of the cocaine sales of Merary D. Hertado-Rodriguez; to wit: said currency was found inside a duffle bag in the defendant vehicle after a narcotics sniffing dog alerted on the bag. The vehicle was stopped on Route 95 South in Warwick, Rhode Island after Hurtado-Rodriquez had received said currency in exchange for cocaine. (See affidavit of DEA Task Force Agent Robert Lafond attached hereto and made a part hereof.)

6. That the defendant currency constitutes monies furnished or intended to be furnished in exchange for controlled substances and the proceeds of controlled substance exchanges as within the meaning of 21 U.S.C. § 881(a)(6).

7. That by reason of the foregoing, the defendant vehicle is forfeited to the United States pursuant to the provisions of 21 U.S.C. § 881(a)(4).

8. That by reason of the foregoing, the defendant currency is

forfeited to the United States pursuant to the provisions of 21 U.S.C. § 881(a)(6).

WHEREFORE, plaintiff, the United States of America, prays that due process issue to enforce the forfeiture and to give notice to the interested parties to appear and show cause why forfeiture should not be decreed; that the defendants be forfeited to the United States of America and thereafter be disposed of according to law; and for such other and further relief as this court may deem just and proper.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

VERIFICATION

I, Michael P. Iannotti, being duly sworn, depose and say that I am an Assistant United States Attorney for the District of Rhode Island, that I have read the foregoing Complaint for Forfeiture in Rem, and that the contents thereof are true to the best of my knowledge, information, and belief.

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

Sworn to and subscribed before me this 14th day of March, 2005.

Notary Public
My commission expires 8/27/05.

# A F F I D A V I T

I, Robert Lafond, do depose and state as follows:

1. I have been a Task Force Agent (TFA) with the Drug Enforcement Administration (DEA) since August, 2001. I am also a member of the Rhode Island Airport Police and have been so employed for the past six years. As a TFA with the DEA, I have participated in all aspects of narcotics investigations including the execution of numerous search and arrest warrants. I am also trained in drug identification and certified in the handling of dogs trained to detect narcotics.

2. This affidavit is submitted in support of the Complaint for Forfeiture In Rem against the following:

a. one 2001 Hyundai Elantra, VIN: KMHDN45D01U093145, seized in Warwick, Rhode Island, on October 19, 2004, by agents of the Drug Enforcement Administration pursuant to the detention of Merary D. Hertado-Rodriguez; and

b. one lot of twenty seven thousand eight hundred dollars ($27,800.00) in U.S. currency, seized in Warwick, Rhode Island, on October 19, 2004, by agents of the Drug Enforcement Administration, pursuant to a search of the vehicle described in paragraph 2a.

3. The DEA has received information from a a confidential informant ("CS") who shall be referred to

the in masculine gender to protect his/her identity. CS has been cooperating with DEA since 1999 and is receiving financial compensation for his information. CS information has led to an arrest and seizures of multi kilograms of both heroin and cocaine in this investigation. The CS has proven reliable in the past, and continues to provide pertinent and reliable information in ongoing narcotics investigations in Houston and Rhode Island, provided information to the DEA in Houston, Texas, that Merary Hurtado-Rodriguez would be transporting a large sum of United States Currency to Guatemala.

4. On October 19, 2004 at approximately 5:30 PM, Special Agent David Toracinta observed a silver Hyundai bearing Rhode Island Temporary registration 034050-O dealer identification number 576, towing a gold GEO Prism on interstate Route 95 South.

5. At approximately 5:50 PM the silver Hyundai operated by Hurtado-Rodriguez was stopped on interstate 95 South in Warwick, RI. Hurtado-Rodriguez and the vehicle were transported to the DEA, Providence Resident Office to continue the investigation. At DEA, the vehicle was subjected to a canine sniff by "Houch", a certified narcotic canine, certified by the North American Police work Dog Association. "Houch" alerted in a positive manner for the odor of controlled substances on the seem of the passenger side door of the silver Hyundai.

6. A search of the interior of the silver Hyundai resulted in the seizure of twenty seven thousand eight hundred dollars from inside a duffle bag. The United States Currency was further contained inside four heat sealed bags. Hurtado-Rodriguez is the owner of the vehicle, and this vehicle had a temporary RI license issued to Hurtado-

Rodriguez.

6. Based upon the foregoing, there is probable cause to believe that the 2001 Hundai Elantra vehicle described in paragraph 2a was used to facilitate the possession, transportation and concealment of cocaine in violation of 21 U.S.C. § 841 (a)(1) and conspiracy to do the same in violation of 21 U.S.C. § 846, and that said vehicle is, therefore, subject to seizure and forfeiture pursuant to 21 U.S.C. § 881(a)(4).

7. Based upon the foregoing, there is probable cause to believe that one lot of twenty seven thousand eight hundred dollars ($27,800.00) in U.S. currency described in paragraph 2b, was furnished and intended to be furnished in exchange for a controlled substance, that is, cocaine, and constitutes the proceeds of the exchange of controlled substances, and that said currency is, therefore, subject to seizure and forfeiture pursuant to Title 21 U.S.C. § 881(a)(6).

ROBERT LAFOND
Task Force Agent
Drug Enforcement Administration

Subscribed and sworn to before me
this 14th day of March, 2005.

Notary Public
My commission expires: 8/21/05