IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
Plaintiff

Vs. C.A. No. 05-115T

ONE 2001 HYUNDAI ELANTRA
VIN: KMHDN45D01U093145 AND
ONE LOT OF TWENTY-SEVEN
THOUSAND EIGHT HUNDRED DOLLARS
($27,800.00) IN U.S. CURRENCY
Defendants

**CLAIM FOR SEIZED PROPERTY**

Now comes the Merary D. Hertado-Rodriguez and hereby files his claim for the One 2001 Hyundai Elantra VIN: KMHDN45D01U093145 and the sum of Twenty-Seven Thousand Eight Hundred Dollars ($27,800.00) which was seized by the United State of America.

Merary D. Hertado-Rodriguez hereby states that he is the legitimate owner of the Twenty-Seven Thousand Eight Hundred Dollars ($27,800.00) and the 2001 Hyundai Elantra, which is the subject of the Complaint. With that said money earned from a legitimate business of buying, selling and exploiting motor vehicles of which the Hyundai Elantra was one.

The money in the car was earned legally and was not involved with any controlled substances.

That there were no criminal charges filed against Merary D. Hertado-Rodriguez.

That Merary D. Hertado-Rodriguez is lawful resident of Guatemala and is legally in the United States pursuant to a visa and is conducting business in the United States and

4

That all said money and motor vehicles should be returned to him as there were wrongfully and illegally seized by the United State of America.

Defendant,
By his attorney

Paul C. Borges, Esq. (#0217)
300 Centerville Road
Summit West-Suite 300
Warwick, RI 02886
(401) 732-5888

**CERTIFICATION**

I hereby certify that I mailed a true and accurate copy of the above to: Michael P. Iannotti, Assistant U.S. Attorney, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903 on the 29th day of March, 2005.