IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
Plaintiff

Vs. C.A. No. 05-115T

ONE 2001 HYUNDAI ELANTRA
VIN: KMHDN45D01U093145 AND
ONE LOT OF TWENTY-SEVEN
THOUSAND EIGHT HUNDRED DOLLARS
($27,800.00) IN U.S. CURRENCY
Defendants

**ANSWER TO COMPLAINT FOR FORFEITURE IN REM**

Now comes the Merary D. Hertado-Rodriguez and hereby files his Answer to the Complaint for Forfeiture in REM filed by the United States of America.

1. Merary D. Hertado-Rodriguez admits allegations in Paragraph 1.
2. Merary D. Hertado-Rodriguez admits allegations in Paragraph 2.
3. Merary D. Hertado-Rodriguez denies any allegations made by DEA Task Force Agent Robert Lafond.
4. Merary D. Hertado-Rodriguez denies all the allegations in Paragraph 4, stating that he possessed, transported, sold, received or concealed any cocaine in violation of Title 21 U.S.C. § 841(a)(1). That said vehicle was not used to transport any cocaine and that no cocaine was seized from said vehicle.
5. Merary D. Hertado-Rodriguez denies all the allegations alleged in Paragraph 5.
6. Merary D. Hertado-Rodriguez denies the allegations alleged in Paragraph 6.
7. Merary D. Hertado-Rodriguez denies the allegation alleged in Paragraph 7 and request that the vehicle be returned to him forthwith as he had legal title to it.
8. Merary D. Hertado-Rodriguez request that the Twenty-Seven Thousand Eight Hundred Dollars ($27,800.00) also be returned to him as it was not earned through any illegal manner and should not be forfeited to the United States of America.

5

WHEREFORE, Merary D. Hertado-Rodriguez prays that the Plaintiff's Complaint be denied and dismissed and that all property they are seeking forfeiture of be returned to him forthwith and for such other further relief as this Court shall deem just and proper.

Defendant,
By his attorney

Paul C. Borges, Esq. (#0217)
300 Centerville Road
Summit West-Suite 300
Warwick, RI 02886
(401) 732-5888

## CERTIFICATION

I hereby certify that I mailed a true and accurate copy of the above to: Michael P. Iannotti, Assistant U.S. Attorney, U.S. Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903 on the 29 day of Mar 2005, 2005.