U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF United States | COURT CASE NUMBER CA 05-115T |
| DEFENDANT One 2001 Hyundai Elantra, et al. | TYPE OF PROCESS Notice |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Newspaper having a general circulation within the district of Rhode Island - Providence Journal

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Michael P. Iannotti, Asst. U.S. Attorney
US Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th FL
Providence, RI 02903

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold Fold

publish Notice of Action and Arrest
once a week for three weeks
IN PROVIDENCE JOURNAL

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF ☐ DEFENDANT | 401-709-5000 | 3/21/05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | No. 70 | No. 70 | Karen L. Allen | 3/21/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| | |
|---|---|
| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| Address *(complete only if different than shown above)* | Date of Service 4/15/05 — Time am pm |
| | Signature of U.S. Marshal or Deputy [signature] |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
Advertised in Providence Journal 4/1, 4/8 + 4/15/05.
Cost to advertise: $795.64

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**

**The Providence Journal Company**
75 FOUNTAIN STREET
PROVIDENCE, RHODE ISLAND 02902

ADVERTISER'S
INVOICE AND STATEMENT

FEDERAL I.D. 06-1470361

Verified by
Date 5-5-05
05-DEA-443447

(401)277-7160 Inquiries
(401)277-7407 Payments
U S MARSHALL PROVIDENCE
PO BOX 1524
303 FEDERAL BLDG
PROVIDENCE RI 02901

| ACCOUNT NO. | INVOICE NO. | PAGE |
|---|---|---|
| 20926 | 434647 | 1 |
| DATE | ADVERTISERS CODE | |
| 04/30/05 | | |

PAYMENT TERMS: DUE BY 05/20/05

**PLEASE NOTE OUR NEW REMITTANCE ADDRESS**

| TRANSACTION IDENTIFICATION | DATE | DESCRIPTION | COL. INCHES /COPIES | C I | RATE | GROSS AMOUNT | CODE | AMOUNT DUE | CODE |
|---|---|---|---|---|---|---|---|---|---|
| | 0331 | OPENING BALANCE | | | | | | 82327 | |
| 8170-00056060 | 0426 | PAYMENT RECEIVED -THANK YOU | | | | | | 82327- | |
| | | ** CLASSIFIED TRANSACTIONS | | | | | | | |
| | | CLASS DAYS | LINES | | | | | | |
| 3N890040020401 | 0415 | PN HYUNDAI 0040 3 | 84 | | 31573 | 79564 | | 79564 | |
| | | PO # PN HYUNDAI | | | | | | | |

419
Oblig. 05/02/05
2417
00056116
K.A.

152005 5042
$ 795.64
# 795.64
05/16/05
05/05/05

2005 MAY -5 A 8:2?
U.S. MARSHALS SERVICE DISTRICT OF R.I.

| TOTAL DUE | 79564 |
|---|---|

Oblig. # 8052
Vend. # 85

PAID

CONTRACT INFORMATION (SEE REVERSE SIDE)

| TYPE | END DATE | THIS MONTH | TO DATE |
|---|---|---|---|
| | | | |

ENDING BALANCE BY MONTH

| | |
|---|---|
| APR 05 | 79564 |

COPY

**NOTICE OF FORFEITURE**

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,
Plaintiff

vs.

ONE 2001 HYUNDAI ELANTRA VIN: KMHDN45D01U093145 AND ONE LOT OF TWENTY SEVEN THOUSAND EIGHT HUNDRED DOLLARS ($27,800.00) IN U.S. CURRENCY,
Defendant

C.A. NO. 05-115T

Notice is hereby given that on March 14, 2005, I arrested One 2001 Hyundai Elantra VIN: KMHDN45D01U093145 and One Lot of Twenty Seven Thousand Eight Hundred Dollars ($27,800.00) in U.S. Currency, pursuant to a warrant of arrest issued by the Magistrate Judge of this Court upon the filing of a verified complaint in the above action. Said vehicle was seized on October 19, 2004, on Interstate 95 South, Warwick, Rhode Island, from Merary D. Hurtado-Rodriguez. Said currency was seized on October 19, 2004, from the above-referenced 2001 Hyundai Elantra pursuant to a search of said vehicle. Any person having or claiming an interest in or to said property must file a claim with the Clerk of this Court at the United States District Court, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, within 30 days of this date, and must file an answer to the complaint herein within 20 days thereafter.

BURTON STALLWOOD
United States Marshal

September 1973
Standard Form No. 1143
1 TFRM 4-2000

# ADVERTISING ORDER

| | |
|---|---|
| ORDER NUMBER | |
| DEPARTMENT OR ESTABLISHMENT, BUREAU OR OFFICE<br>United States Marshals Service, Providence, RI 02903 | DATE<br>3/22/05 |

The publisher of the publication named below is authorized to publish the enclosed advertisement according to the schedule below provided the rates are not in excess of the commercial rates charged to private individuals with the usual discounts. It is to be set solid, without paragraphing, and without any display in the heading unless otherwise expressly authorized in the specifications.

| | |
|---|---|
| NAME OF THE PUBLICATION ADVERTISED IN<br>Providence Journal | |
| SUBJECT OF ADVERTISEMENT 2001 Hyundai Elantra et al | EDITION OF PAPER ADVERTISEMENT APPEARED<br>Daily |
| NUMBER OF TIMES ADVERTISEMENT APPEARED<br>3 | DATE(S) ADVERTISEMENT APPEARED<br>4/1, 4/8 & 4/15/05 |

SPECIFICATIONS FOR ADVERTISEMENT

on Hyundai

COPY FOR ADVERTISEMENT

See attached

| AUTHORITY TO ADVERTISE | INSTRUMENT OF ASSIGNMENT |
|---|---|
| NUMBER | NUMBER |
| DATE | DATE |
| SIGNATURE OF AUTHORIZING OFFICIAL<br>Karen Keller | TITLE<br>Seizure & Forfeiture Specialist |

## INSTRUCTIONS TO PUBLISHERS

Extreme care should be exercised to insure that the specifications for advertising to be set other than solid be definite, clear, and specific since no allowance will be made for paragraphing or for display or leaded or prominent headings, unless specifically ordered, or for additional space required by the use of type other than that specified. Specifications for advertising other than solid and the advertisement copy submitted to the publisher will be attached to the voucher. The following is a sample of solid line advertisement set up in accordance with the usual Government requirements.

DEPARTMENT OF HIGHWAYS & TRAFFIC, D.C. Bids are requested for first spring 1966 cement concrete repair contract, including incidental work, Washington, D.C., Invitation No. C-6576-H, consisting of 11,000 sq. yds. PCC Class BB sidewalk repair and 2,000 cu. yds. PCC Class A pavement, alley, & driveway repair, both cut repairs only. Bidding material available from the Procurement Officer, D.C. Sealed bids to be opened in the Procurement Office at 8:00 p.m., November 15, 1965.

Your bill for this advertising order should be submitted on the "Public Voucher for Advertising" form, which is printed on the reverse of this form, immediately after the last publication of the advertisement. If copies of the printed advertisement are not available, complete the affidavit provided on the voucher. Submit the voucher and a copy of the printed advertisement to ▶

United States Marshals Service
P.O. Box 1524
Providence, RI 02901-1524

## IMPORTANT

Charges for advertising when a cut, matrix, stereotype or electrotype is furnished will be based on actual space used and no allowance will be made for shrinkage.

In no case shall the advertisement extend beyond the date and edition stated in this order.

# PUBLIC VOUCHER FOR ADVERTISING

| | |
|---|---|
| DEPARTMENT OR ESTABLISHMENT, BUREAU OR OFFICE<br>United States Marshals Service | **For Agency Use Only**<br>VOUCHER NUMBER |
| PLACE VOUCHER PREPARED<br>Providence, RI / DATE PREPARED | SCHEDULE NUMBER |
| NAME OF PUBLICATION<br>Providence Journal | PAID BY |
| NAME OF PUBLISHER OR REPRESENTATIVE | |
| ADDRESS (*Street, room number, city, State, and ZIP code*)<br>75 Fountain Street<br>Providence, RI 02902 | |

## CHARGES

TYPEFACE | (*size of type*) POINT PER (*inch, square, word, or folio*)

| Line Rates | NUMBER OR LINES (*Indicate counted or space*) | COST PER LINE | TOTAL COST |
|---|---|---|---|
| FIRST INSERTION | | $ | $ |
| ADDITIONAL INSERTIONS GIVE NUMBER ▶ | | | |
| TOTAL | | | $ |

| Other Rates | NUMBER OF UNITS (*Indicate inch, square, word, folio*) | COST PER UNIT | TOTAL COST |
|---|---|---|---|
| FIRST INSERTION | | $ | $ |
| ADDITIONAL INSERTIONS GIVE NUMBER ▶ | | | |
| TOTAL | | | $ |

Attach one copy of advertisement (*including upper and lower rules*) to each copy of voucher here. If copy is not available sign the following affidavit.

| | |
|---|---|
| TOTAL LINE RATES AND OTHER RATES | |
| LESS DISCOUNT AT % | |
| BALANCE DUE | $ |
| VERIFIED (*Initials*) | |

## AFFIDAVIT

This represents a true billing for the attached advertising order, with specifications and copy, which has been completed.

SIGNATURE OF PUBLISHER OR REPRESENTATIVE

TITLE | DATE

## FOR AGENCY USE ONLY

| | |
|---|---|
| ADVERTISEMENT PUBLISHED IN | DATE PUBLISHED |
| I certify that the advertisement described above appeared in the named publication and that this account is correct and eligible for payment. | |
| SIGNATURE AND TITLE OF CERTIFYING OFFICER | DATE |
| SIGNATURE AND TITLE OF AUTHORIZING OFFICER | DATE |
| ACCOUNTING CLASSIFICATION | PAID BY CHECK NUMBER |

[1] If the ability to certify and authority to approve are combined in one person enter "N/A" (*not applicable*) here.

☆ U.S. GPO: 1988—198-787