IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
AUG 18 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES OF AMERICA,**
**Plaintiff**

**Vs.** **C.A. No.: 05-115T**

**ONE 2001 HYUNDAI ELANTRA**
**VIN: KMHDN45D01U093145 AND ONE LOT**
**OF TWENTY SEVEN THOUSAND EIGHT**
**HUNDRED DOLLARS ($87,800.00)**
**IN U.S. CURRENCY**

# MEMORANDUM

## STATEMENT OF CLAIM

Claimant, Merary D. Hertado-Rodriruez, asserts that the 2001 Hyundai Elantra and the money seized are his, and that he has full and legal title to both. He has in his possession the title to the motor vehicle, which he purchased legally, five (5) days prior to it being seized by the United States. He also has asserted that the currency seized was his and that it was earned through the lawful business of buying used vehicles in the United States and reselling said vehicles in Guatamala.

Pursuant to 18 USC §983, the burden of proof is on the Government to establish by prepondence of the evidence that the property is the subject of forfeiture. The Government has shown no evidence of any criminal activity on the part of the Claimant. There were no charges filed against the Claimant. There were no illegal substances found in the possession of the Claimant. There was no connection between the property seized and any criminal

offense. The Claimant is an innocent owner and can provided title to the motor vehicle. He can also provide his business records and has provided copies of said records to the United States Government to show that he is involved in a lawful business, and that his income derived from this lawful business.

The motor vehicle, which was seized, was purchased with a salvaged title approximately five (5) days prior to its being seized. Said vehicle was a salvaged vehicle repairable collision with the title to come from the Commerce Insurance Company to Valley Street Auto Sales in Providence, Rhode Island and then to the Claimant.

The Claimant has provided copies of the Title, copies of his business bank statement as evidence of loans to the United States to show that he was involved in a legitimate business venture and that said property is not forfeitable.

The United States Government has not shown through any credible evidence that there was a probable cause to believe that the property which is the subject of this action is subject to forfeiture.

"Money proceeds cannot be seized, unless they are directly derived from and directly traceable to the sale of a controlled substance." United States v. Jenison, 484 Fed Supp. 747, DCRI 1980. See also, US v. One Parcel of Real Estate, 921 Fed2d. 370, 1990.

Claimant,
By and Through His Attorney,

Paul C. Borges, Esquire #0217
300 Centerville Road
Summit West ~ Suite 300
Warwick, Rhode Island 02886
401.732.5888

## CERTIFICATION

I hereby certify that I mailed a true and accurate copy of the within to Michael P. Iannotti, Esquire, Assistant US Attorney, US Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, via first class, regular U.S. Mail, on the 17 day of August, 2005.