UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Paul C. Borges, Esq.

RE: CA 05-115T

USA v. One Hyundai Elantra, et al.

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 1 / 30 / 06 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

✓ 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

_____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

_____ 8. Document violates Amended General Order 2002-01.

_____ 9. Other:

ENTER:
David L. Martin
United States Magistrate Judge

Date: 1-30-06

cc: Counsel of Record

RECEIVED
JAN 30 2006
Property of U.S. District Court
District of Rhode Island

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**UNITED STATES OF AMERICA,**
**Plaintiff**

**Vs.** **C.A. No.: 05-115T**

**ONE 2001 HYUNDAI ELANTRA**
**VIN: KMHDN45D01U093145 AND ONE LOT**
**OF TWENTY SEVEN THOUSAND EIGHT**
**HUNDRED DOLLARS ($27,800.00)**
**IN U.S. CURRENCY**

# DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Defendant, by counsel, and pursuant to FRCP 34 and 37, moves the Court to enter its Order compelling Plaintiff to produce for inspection and copying the documents described in the attached Request, and assessing costs and attorneys fees against Plaintiff and Plaintiff's attorney, based upon the following grounds:

1. On December 8, 2005, the Defendant served Plaintiff with Defendant's Request for Production of Documents, a copy of which is attached herewith, together with the proof of service with respect to said Request, seeking production of the documents described in the Request.

2. Although more than thirty (30) days have passed, notwithstanding Defendant's follow up letter requesting a response, a copy of which is also attached herewith.

3. Plaintiff refuses to comply with Defendant's Requests.