RECEIVED
JAN 30 2006
Property of U.S. District Court
District of Rhode Island

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**UNITED STATES OF AMERICA,**
**Plaintiff**

**Vs.** **C.A. No.: 05-115T**

**ONE 2001 HYUNDAI ELANTRA**
**VIN: KMHDN45D01U093145 AND ONE LOT**
**OF TWENTY SEVEN THOUSAND EIGHT**
**HUNDRED DOLLARS ($27,800.00)**
**IN U.S. CURRENCY**

# DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Defendant, by counsel, and pursuant to FRCP 34 and 37, moves the Court to enter its Order compelling Plaintiff to produce for inspection and copying the documents described in the attached Request, and assessing costs and attorneys fees against Plaintiff and Plaintiff's attorney, based upon the following grounds:

1. On December 8, 2005, the Defendant served Plaintiff with Defendant's Request for Production of Documents, a copy of which is attached herewith, together with the proof of service with respect to said Request, seeking production of the documents described in the Request.

2. Although more than thirty (30) days have passed, notwithstanding Defendant's follow up letter requesting a response, a copy of which is also attached herewith.

3. Plaintiff refuses to comply with Defendant's Requests.

4. Plaintiff's failure to answer Defendant's Request remains without substantial justification, thereby entitling Defendant to recover his costs and reasonable attorneys fees for preparing this Motion and supporting papers and for attending the hearing on this Motion.

5. Movant certifies that Movant has in good faith conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without Court action.

January 27 2006

Defendant,
By and Through His Attorney,

Paul C. Borges, Esquire #0217
300 Centerville Road
Summit West ~ Suite 300
Warwick, Rhode Island 02886
401.732.5888

## CERTIFICATION

I hereby certify that I mailed a true and accurate copy of the within to Michael P. Iannotti, Esquire, Assistant US Attorney, US Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th ~~Floor,~~ Providence, Rhode Island 02903, via first class, regular U.S. Mail, on the 27 day of Jan, 2006.