**PAUL C. BORGES**
ATTORNEY & COUNSELLOR AT LAW
300 CENTERVILLE ROAD
SUMMIT WEST, SUITE 300
WARWICK, RHODE ISLAND 02886

TEL: (401) 732-5888
FAX: (401) 738-5892

January 16, 2006

Michael R. Iannotti, Esquire
Assistant United States Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza ~8th Floor
Providence, Rhode Island 02903

Re: United States of America
Vs. One 2001 Hyundai Elantra; VIN No.: KMHDN45D01U093145 and
One Lot of Twenty Seven Thousand Eight Hundred Dollars($27,800.00)
In US Currency
C.A. No.: 05-115T

Dear Attorney Iannotti:

On December 8, 2005, you were served with Defendant's Request for Production of Documents. The answer period has now expired, and no response or Motion to extend response time has been served.

If there exists justification for the delay in responding to Defendant's Request, please advise me immediately. Please also advise when we may confer in an effort to secure disclosure.

Unless some alternative agreement is reached within ten (10) days from the date of this letter, the Defendant will file a Motion to Compel Discovery and seek expenses and sanctions pursuant to FRCP §37(a)(4).

Very truly yours,

Paul C. Borges

PCB/jam

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,
Plaintiff

Vs. C.A. No.: 05-115T

ONE 2001 HYUNDAI ELANTRA
VIN: KMHDN45D01U093145 AND ONE LOT
OF TWENTY SEVEN THOUSAND EIGHT
HUNDRED DOLLARS ($27,800.00)
IN U.S. CURRENCY

# DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to FRCP 34, hereby requests that on January 12, 2006, at 10:00 am, you produce for inspection and copying at the office of Defendant's Attorney, Paul C. Borges, Esquire, 300 Centerville Road, Suite 300, Summit West, Warwick, Rhode Island 02886, complete and legible copies of the hereafter designated documents concerning the occurrence, which are in your possession, custody or control.

## INSTRUCTIONS:

(a) You must serve a written response within thirty (30) days after service of the request. Your response must state that production and related activities will be permitted as requested or that the requested production is objected to, in which even the reasons for your objection must be stated.

(b) Documents produced for inspection must be produced as they are kept in the usual course of business or be organized and labeled to correspond with the categories in this request.

(c) The word "documents" means writings, drawings, graphs, harts, photographs, phonorecords, and other data compilations from which information can be obtained and translated into reasonably used form.

(d) The words "you" and "your" mean you, your representatives, agents, insurers, attorneys, employees, directors, officers, subsidiaries, affiliates, and all others over whom you have control.

(e) The words "possession, custody, or control" mean all documents and things belonging to you that are in your possession, all documents and things belonging to others over which you have custody, and all documents and things in the custody of others over which you have the right to control.

Documents to Produce

1. All statement(s) a party has given to some person and/or entity other than his attorney.

2. The statement(s) of any other witness, or other participant(s) who have, or may have claimed, knowledge of the occurrence.

3. All photographs, slides, motion pictures, diagrams, maps, schematics, graphs, models, and other illustrative representations pertaining to the parties hereto, the instrumentalities and/or physical objects involved.

4. Kindly produce any and all evidence to show that the vehicle in question was used to transport, possess, sell and conceal cocaine by the claimant.

5. Kindly produce true and accurate and complete copies of any and all surveillance videos of the claimant by the United States Government from September 17, 2004, until the present date.

6. Kindly produce copies of any and all surveillance reports made by the United States Government of the claimant and produce said surveillance reports in full.

7. Kindly produce any and all evidence showing that the alleged sum of $27800.00 was used for the purchase of any illegal narcotics.

8. Kindly produce any and all reports the United States Government intends to introduce at Trial to show that the claimant had, at any time, any controlled substances in his possession.

9. Kindly produce any and all complete copies of all tests, data, valid reports and related material which the Government plans to introduce at Trial.

Defendant,
By and Through Her Attorney,

Paul C. Borges, Esquire #0217
300 Centerville Road
Summit West ~ Suite 300
Warwick, Rhode Island 02886
401.732.5888

## CERTIFICATION

I hereby certify that I mailed a true and accurate copy of the within to Michael P. Iannotti, Esquire, Assistant US Attorney, US Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, via first class, regular U.S. Mail, on the 8th day of December 2005.

J. McHale