RECEIVED
JAN 30 2006
Property of U.S. District Court
District of Rhode Island

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**UNITED STATES OF AMERICA,**
**Plaintiff**

**Vs.** **C.A. No.: 05-115T**

**ONE 2001 HYUNDAI ELANTRA**
**VIN: KMHDN45D01U093145 AND ONE LOT**
**OF TWENTY SEVEN THOUSAND EIGHT**
**HUNDRED DOLLARS ($27,800.00)**
**IN U.S. CURRENCY**

# DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

2/24/06: GRANTED ABSENT OPPOSITION. LR CV 7(b)(1). Plaintiff shall respond within twenty (20) days. LR CV 37(b). Movant's request for fees is, however, DENIED. USMJ

Defendant, by counsel, and pursuant to FRCP 34 and 37, moves the Court to enter its Order compelling Plaintiff to produce for inspection and copying the documents described in the attached Request, and assessing costs and attorneys fees against Plaintiff and Plaintiff's attorney, based upon the following grounds:

1. On December 8, 2005, the Defendant served Plaintiff with Defendant's Request for Production of Documents, a copy of which is attached herewith, together with the proof of service with respect to said Request, seeking production of the documents described in the Request.

2. Although more than thirty (30) days have passed, notwithstanding Defendant's follow up letter requesting a response, a copy of which is also attached herewith.

3. Plaintiff refuses to comply with Defendant's Requests.

Referred to U.S.M.J. Almond
For ruling ... & recommendation ...
✓ for determination ...

Ernest C. Torres, Chief Judge

Date: 2/23/06