**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

Plaintiff

v. C.A. No. 05-374T

ONE HYUNDAI ELANTRA, VIN:
KMHDN45D01U093145, ET AL.

Defendants

**ORDER DENYING MOTION TO STAY FORFEITURE PROCEEDINGS**

For reasons stated in open court on February 17, 2006, Plaintiff's Motion to Stay Forfeiture Proceedings is hereby DENIED. The deadline for filing pretrial motions is hereby extended until 4/15/06.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge
Date: 3/7/06