IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**UNITED STATES OF AMERICA,**
**Plaintiff**

**Vs.** **C.A. No.: 05-115T**

**ONE 2001 HYUNDAI ELANTRA**
**VIN: KMHDN45D01U093145 AND ONE LOT**
**OF TWENTY SEVEN THOUSAND EIGHT**
**HUNDRED DOLLARS ($87,800.00)**
**IN U.S. CURRENCY**

# DEFENDANT'S MOTION FOR SANCTIONS ON PLAINTIFF'S FAILURE TO PROVIDE ORDERED DISCOVERY

Defendant, by counsel, pursuant to FRCP 37(b), moves the Court to enter its Order imposing sanctions, including dismissal of Plaintiff's action and assessment of costs and fees against Plaintiff and Plaintiff's Attorney, based upon the following grounds:

1. Contrary to the Court's Order compelling discovery, a copy of which is attached as Exhibit A, Plaintiff failed to produce the Court Ordered documents for inspection and copying, thereby warranting imposition of sanctions including dismissal of Plaintiff's action.

2. Plaintiff's non=compliance with the discovery ordered by the Court as above described was without substantial justification thereby warranting an assessment of costs and fees against Plaintiff and Plaintiff's Attorney pursuant to FRCP 37(b)(2).

WHEREFORE, Defendant, based upon the grounds set forth, requests that this Court enter an Order dismissing the Plaintiff's Complaint.

Defendant,
By and Through His Attorney,

Paul C. Borges, Esquire #0217
300 Centerville Road
Summit West ~ Suite 300
Warwick, Rhode Island 02886
401.732.5888

**CERTIFICATION**

I hereby certify that I mailed a true and accurate copy of the within to Michael P. Iannotti, Esquire, Assistant US Attorney, US Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, via first class, regular U.S. Mail, on the 16th day of March, 2006.