IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>ONE 2001 HYUNDAI ELANTRA<br>VIN: KMHDN45D01U093145 and ONE<br>LOT OF TWENTY SEVEN THOUSAND<br>EIGHT HUNDRED DOLLARS<br>($27,800.00) IN U.S. CURRENCY<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C. A. NO. 05-115T |

**PLAINTIFF'S OBJECTION TO**
**CLAIMANT'S MOTION FOR SANCTIONS**

Now comes the plaintiff, the United States of America, by and through its attorneys, and objects to "Defendant's Motion for Sanctions on Plaintiff's Failure to Provide Ordered Discovery" for the reason that the parties have agreed that the within action may be dismissed without prejudice and without costs due to the pendency of the criminal action, United States v. Juan Frias, Joaquin Frias, Renato Frias, and Merary Donaldo Hurtado-Rodriguez aka Donald Lemus, CR. 05-125, in the Southern District of Texas which was unsealed as to Merary Hurtado-Rodriguez by Order of the United States District Court for the Southern District of Texas on March 21, 2006. The indictment in the Southern District of Texas seeks the forfeiture of the same assets which are the defendants in the within civil forfeiture action.

It is expected that a Stipulation for Dismissal of the within action shall be filed within the next few days.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April 2006, I caused a copy of the foregoing Plaintiff's Objection to Claimant's Motion for Sanctions to be forwarded, by regular mail, to:

Paul C. Borges, Esq.
300 Centerville Road
Summit West - Suite 300
Warwick, RI 02886