IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>ONE 2001 HYUNDAI ELANTRA VIN: KMHDN45D01U093145 and ONE LOT OF TWENTY SEVEN THOUSAND EIGHT HUNDRED DOLLARS ($27,800.00) IN U.S. CURRENCY<br>Defendants | ) | C. A. NO. 05-115T |

STIPULATION FOR DISMISSAL

The plaintiff, the United States of America and the claimant, Merary Hurtado-Rodriguez, hereby stipulate and agree pursuant to Rule 41 Fed.R.Civ.P. that the within action may be dismissed without prejudice and without costs due to the criminal action United States v. Juan Frias, Joaquin Frias, Renato Frias, and Merary Donaldo Hurtado-Rodriguez aka Donald Lemus, CR. 05-125, now pending in the Southern District of Texas which was unsealed as to Merary Hurtado-Rodriguez by Order of the United States District Court for the Southern District of Texas on March 21, 2006. The indictment in the Southern District of Texas seeks the forfeiture of the same assets which are the defendants in the within civil forfeiture action.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney

MERARY HURTADO-RODRIGUEZ
Claimant

By his attorney,

PAUL C. BORGES, ESQ.
300 Centerville Road
Summit West, Suite 300
Warwick, RI 02886

ENTER

Ernest C. Torres
Chief, U.S. District Judge

DATE 4/11/06